

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JASON IMBIANO<br>Tel.: (212) 356-8766<br>jimbiano@law.nyc.gov |
|---|---|---|

March 14, 2023

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:      *T.P. v. N.Y.C. Dep't of Educ.*, 22-CV-9413 (PAE)(RWL)

Dear Judge Engelmayer:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

      Defendant respectfully requests an adjournment *sine die* of the Initial Pretrial Conference (IPTC) currently scheduled for April 6, 2023, and accordingly, the attendant submission of a proposed Case Management Plan (CMP). Plaintiff consents to this request.  Since this is an IDEA fees' only claim and neither liability nor discovery is at issue, respectfully, a conference would be a waste of judicial resources. To this end, the parties respectfully propose the following briefing schedule:

- Plaintiff's motion for summary judgment will be due on April 14, 2023.
- Defendant's opposition will be due on May 15, 2023.
- Plaintiff's reply will be due on May 22, 2023.

      Accordingly, Defendant respectfully requests that the Court adjourn the IPTC *sine die*, and order the proposed briefing schedule. Thank you for considering these requests.

      Respectfully submitted,

      /s/

      Jason Imbiano
      Special Assistant Corporation Counsel

cc:      Kevin Mendillo, Esq. (via ECF)

The Court adjourns *sine die* the conference currently scheduled for April 6, 2023 and adopts the proposed briefing schedule for the summary judgment motion.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

March 15, 2023