**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
T.P., individually and on behalf of L.N.,
a child with a disability,

                      Plaintiff,                      22 **CIVIL** 9413 (PAE)

       -against-                          **JUDGMENT**
                                                             For Attorney's Fees and Costs

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                     Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 07, 2024, the Court grants in part and denies in part T.P.'s motion for attorneys' fees. T.P. is awarded $20,310.53 in fees and costs, plus post-judgment interest at the applicable statutory rate. Accordingly, case is closed.

**Dated:**  New York, New York
           March 07, 2024

                                                              **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                               **BY:**
                                                                **Deputy Clerk**